presentence report at the county probation department or under the supervision of the Department of Corrections, at the attorney's option.

.13 (Unchanged.)

*Staff Comment:* The proposed change to subrule 785.7(1)(f) would reflect legislative changes in MCL 771.1; MSA 28.1131. In 1982 PA 470 and 1978 PA 77, the Legislature has added criminal sexual conduct in the first and third degree and certain major controlled substance offenses to those which are not probationable. In addition, the Legislature has made possession of a firearm during the commission or attempted commission of a felony not probationable. MCL 750.227b; MSA 28.424(2).

The amendment to subrule 785.12 reflects 1982 PA 61, amending MCL 771.14; MSA 28.1144. The first sentence of the subrule is the Legislature's language in 1982 PA 61 and would substitute for the first two sentences of the current rule.

The staff comment is published only for the benefit of the bench and bar and is not an authoritative construction by the Court.

> Publication of this proposal does not mean that the Court will issue an order on the subject, nor does it imply probable adoption in its present form. Timely comments will be substantively considered and your assistance is appreciated by the Court.

A copy of this order will be given to the secretary of the State Bar and to the State Court Administrator so that they can make the notifications specified in GCR 1963, 933. Comments on this proposal may be sent to the Supreme Court clerk within 60 days after it is published in the Michigan Bar Journal.

MAY 17, 1983

GRIEVANCE ADMINISTRATOR v WARD. (Docket No. 70284.) Leave to appeal denied. *Louis Rosenzweig* for petitioner-appellee. *Gagleard, Munro, Addis, Imbrunone & Gagleard* for respondent-appellant.

GRIEVANCE ADMINISTRATOR v ROBINSON. (Docket No. 70201.) Leave to appeal denied. *Michael Alan Schwartz,* Grievance Administrator, and *John F. Van Bolt,* Associate Counsel, for plaintiff-appellee. *A. Glenn Epps* for defendant-appellant.